# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br><br>Chane Phillip Christenson,<br><br>            Defendants. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Susan Richard Nelson, 9E<br>U.S. Magistrate Judge<br><br>Case No:         CR 10-87 DWF/FLN<br>Date:              April 16, 2010<br>Time Commenced:  2:08 p.m.<br>Time Concluded:   2:11 p.m.<br>Time in Court:    3 Minutes |

APPEARANCES:

   Plaintiff:    LeeAnn Bell, Assistant U.S. Attorney
   Defendant(s): Lyonel Norris      ☒ FPD  ☒ Appointed

      ☒ Reading of Indictment Waived        ☒ Not Guilty Plea Entered

Disclosure Due Date:    April 22, 2010
Motion Filing Date: April 29, 2010
Motion Hearing Date:   May 12, 2010 at 9:00 a.m., 9W    Before:    Magistrate Judge Franklin L. Noel
Voir Dire/Jury Instruction Due Date:   June 14, 2010
Trial Date:   June 21, 2010 at 9:00 a.m., 7C         Before:    Judge Donovan W. Frank

Other Remarks:

   ☒ Counsel to be notified of additional dates by separate Order to be issued.

                                                                                    *s/Joan Flood*
                                                                                    Criminal Duty Clerk